UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASYMMETRX MEDICAL, INC., )<br>Plaintiff, )<br> )<br>v. )<br> )<br>SANTA CRUZ BIOTECHNOLOGY, INC., )<br>Defendant. )<br>_____ ) | CIVIL ACTION NO.<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

AsymmetRx Medical, Inc. ("AsymmetRx") brings this action against Santa Cruz Biotechnology, Inc. ("Santa Cruz") for patent infringement, breach of contract, and violation of Mass. Gen. Laws ch. 93A, § 11.

### Parties

1. AsymmetRx is a Delaware corporation with headquarters located at 100 Powder Mill Road, Suite 177, Acton, Massachusetts 01720.

2. On information and belief, Santa Cruz is a Delaware corporation with a main office located at 10410 Finnel Street, Dallas, Texas 75220.

### Jurisdiction and Venue

3. The Court has subject matter jurisdiction over this dispute pursuant to 28 U.S.C. §§ 1331, 1332, 1338, 1367, and 2201.

4. On information and belief, the Court has personal jurisdiction over Santa Cruz because it sells, offers to sell, and distributes p63 antibodies used for diagnostic purposes in Massachusetts and/or regularly engages in business in Massachusetts. Moreover, pursuant to the

parties' settlement agreement (referenced below), Santa Cruz has agreed to submit itself to this Court's jurisdiction.

5. Venue is proper in the District of Massachusetts pursuant to 28 U.S.C. §§ 1391(b) & (c) and 1400.

**Facts**

6. Founded in 2001, AsymmetRx is a drug discovery/development and medical device company with antibody-based technologies for diagnosis of cancer and other diseases. AsymmetRx holds an exclusive license to patents covering anti-p63 specific antibodies and the use of anti-p63 specific antibodies to diagnose prostate cancer and other cancers. AsymmetRx has received 510(k) clearance from the FDA for the use of anti-p63 antibodies in an *in vitro* test for diagnosing prostate cancer.

7. U.S. Patent No. 7,030,227 ("the '227 Patent") was duly issued by the United States Patent and Trademark Office, and is valid and enforceable.

8. The President and Fellows of Harvard College ("Harvard") is the owner and assignee of the '227 Patent.

9. AsymmetRx is the exclusive licensee of the '227 Patent in the commercial diagnostic field. Under its exclusive license with Harvard, AsymmetRx has the right to bring actions for infringement of the '227 Patent in its own name, grant sublicenses to the '227 Patent and sue and collect damages for past, present, and future infringement of the '227 Patent.

10. In June 2007, AsymmetRx filed a patent-infringement action against Santa Cruz—*AsymmetRx, Inc. v. Biocare Medical LLC, et al.*, Case No. 1:07-cv-11189 (D. Mass.)—alleging, among other things, that Santa Cruz infringed one or more claims of the '227 Patent.

11. In December 2007, AsymmetRx and Santa Cruz settled that case pursuant to the terms of a written settlement agreement.

## COUNT I
### (Infringement of the '227 Patent)

12. The allegations of paragraphs 1 through 11 are incorporated by reference into this Count I as though fully set forth herein.

13. In violation of one or more sections of 35 U.S.C. § 271, Santa Cruz makes, uses, offers to sell, and/or sells within Massachusetts and elsewhere in the United States, and/or imports into Massachusetts and elsewhere in the United States, Anti-p63 Antibodies in the diagnostic and/or therapeutic markets that infringe, contribute to the infringement of, and/or induce the infringement of one or more claims of the '227 Patent, including but not limited to products labeled p63 Antibody (S-16): sc-25039 and p63 Antibody (H-137): sc-8343.

14. In violation of one or more sections of 35 U.S.C. § 274, Santa Cruz has known of the '227 Patent since at least as early as June 27, 2007. Santa Cruz deliberately and willfully continues to make, use, offer to sell, and/or sell within Massachusetts and elsewhere in the United States, and/or import into Massachusetts and/or elsewhere in the United States, Anti-p63 Antibodies, including but not limited to products labeled p63 Antibody (S-16): sc-25039 and p63 Antibody (H-137): sc-8343, in the diagnostic and/or therapeutic markets that infringe, contribute to the infringement of, and/or induce the infringement of one or more claims of the '227 Patent despite an objectively high likelihood that its actions constituted infringement of the '227 Patent. The infringement was either known by or so obvious to Santa Cruz that it knew or should have known it was infringing a valid patent.

15. AsymmetRx has been, and is being, irreparably harmed and has incurred, and will continue to incur damages as a result of Santa Cruz's infringement of the '227 Patent.

## COUNT II
### (Breach of Contract)

16. The allegations of paragraphs 1 through 15 are incorporated by reference into this Count II as though fully set forth herein.

17. The parties' settlement agreement was formed pursuant to an offer and acceptance and is supported by consideration.

18. Through its conduct in making, using, selling, or offering to sell Anti-p63 Antibodies, including, but not limited to products labeled p63 Antibody (S-16): sc-25039 and p63 Antibody (H-137): sc-8343, Santa Cruz has breached the parties' settlement agreement, including, without limitation, the "Limitation of Sales" provision, and caused AsymmetRx damages.

## COUNT III
### (Violation of Mass. Gen. Laws ch. 93A, § 11)

19. The allegations of paragraphs 1 through 18 are incorporated by reference into this Count III as though fully set forth herein.

20. Santa Cruz has committed unfair and deceptive trade practices by, among other things, inducing AsymmetRx to settle *AsymmetRx, Inc. v. Biocare Medical LLC, et al.*, Case No. 1:07-cv-11189 (D. Mass.), and then knowingly and intentionally breaching the parties' settlement agreement for the purpose of securing benefits for Santa Cruz.

21. Santa Cruz and AsymmetRx are engaged in trade or commerce.

22. Santa Cruz is subject to Mass. Gen. Laws ch. 93A, § 11, because, among other things, AsymmetRx is located in Massachusetts; AsymmetRx has suffered loss in Massachusetts; and the parties' settlement agreement is governed by Massachusetts law.

## Prayer for Relief

WHEREFORE, AsymmetRx asks the Court to enter judgment against Santa Cruz:

A.  Declaring that Santa Cruz has and continues to infringe the '227 Patent in violation of 35 U.S.C. § 271, *et seq.*;

B.  Declaring that Santa Cruz's actions have been and continue to be willful and deliberate in violation of 35 U.S.C. § 284, *et seq.*;

C.  Enjoining Santa Cruz (including its officers, agents, servants, employees, and attorneys) and all other persons in active concert or participation with Santa Cruz from further infringing the '227 Patent;

D.  Awarding AsymmetRx all relief available under the patent laws of the United States, including but not limited to monetary damages, including prejudgment interest and enhanced damages based on Santa Cruz's willful and deliberate infringement of the '227 Patent;

E.  Awarding AsymmetRx its costs and reasonable attorneys' fees in accordance with 35 U.S.C. §§ 284 and 285;

F.  Awarding AsymmetRx its monetary damages (plus interest) in an amount to be determined at trial;

G.  Awarding AsymmetRx treble damages, attorneys' fees, and costs pursuant to Mass. Gen. Laws ch. 93A, § 11; and

H.  Granting AsymmetRx such other relief as the Court deems just and equitable.

## Demand for Jury Trial

AsymmetRx demands a trial by jury on all issues so triable.

Dated: August 5, 2014

ASYMMETRX MEDICAL, INC,

By its attorneys,

/s/ Paul J. Cronin
Paul J. Cronin, BBO# 641230
Eugene A. Feher, BBO# 550762
James C. Hall, BBO# 656019
Eric P. Magnuson, BBO# 643805
NUTTER, MCCLENNEN & FISH, LLP
155 Seaport Boulevard, 5th Floor
Seaport West
Boston, MA 02210
Tel: (617) 439-2000
Fax: (617) 310-9100
Email: pcronin@nutter.com
Email: gfeher@nutter.com
Email: jhall@nutter.com
Email: emagnuson@nutter.com

2593709.1